| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421<br>*Attorney for:* Plaintiff(s) — *Ref. No. or File No.:* | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | |
| *Plaintiff(s):* Sheri Ann Cook<br>*Defendant:* Fellows Hymowitz Rice PLLC, et. al. | |

| **AFFIDAVIT OF SERVICE Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV6063NSRAEK |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case Designation; Notice of Case Assignment to District Judge; Notice of Case Assignment to Magistrate Judge

3. *a. Party served:* Fellows Hymowitz Rice PLLC

4. *Address where the party was served:* 254 S Main St #502, New City, NY 10956

5. *I served the party:*
   b. **by substituted service.** On: Thu., Aug. 06, 2026 at: 11:31AM by leaving the copies with or in the presence of: Jane Doe Receptionist, Caucasian, Female, 40-50 Years Old, Brown Hair, 5 Feet 6 Inches, 130-160 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. ***Person Who Served Papers:*** *Fee for Service:*
   a. Andrew Bradian
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.***

8-11-2026

(Andrew Bradian)

AFFIDAVIT OF SERVICE
Summons/Complaint

emkat.302604

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421 *FAX No:*<br>*Attorney for:* Plaintiff(s) | | *Ref. No or File No.:* | | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | | | | |
| *Plaintiff(s):* Sheri Ann Cook<br>*Defendant:* Fellows Hymowitz Rice PLLC, et. al. | | | | |
| **AFFIDAVIT OF SERVICE By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV6063NSRAEK |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case Designation; Notice of Case Assignment to District Judge; Notice of Case Assignment to Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Thu., Aug. 13, 2026
   b. Place of Mailing: Roseville CA, 95661
   c. Addressed as follows: Fellows Hymowitz Rice PLLC
      254 S Main St #502
      New City, NY 10956

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Aug. 13, 2026 in the ordinary course of business.

*5. Person Serving* *Fee for Service:*
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

***8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the lawsof the United States Of America that the foregoing is true and correct.***

Janis Dingman
(Janis Dingman)

**AFFIDAVIT OF SERVICE**
**By Mail**

*emkat.302604*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff(s) | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | |
| *Plaintiff(s):* Sheri Ann Cook<br>*Defendant:* Fellows Hymowitz Rice PLLC, et. al. | |

| **AFFIDAVIT OF SERVICE Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV6063NSRAEK |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case Designation; Notice of Case Assignment to District Judge; Notice of Case Assignment to Magistrate Judge

3. a. *Party served:* Robert Fellows

4. *Address where the party was served:* 254 S Main St #502 New City, NY 10956

5. *I served the party:*
   b. **by substituted service.** On: Thu., Aug. 06, 2026 at: 11:31AM by leaving the copies with or in the presence of: Jane Doe Receptionist, Caucasian, Female, 40-50 Years Old, Brown Hair, 5 Feet 6 Inches, 130-160 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. ***Person Who Served Papers:*** *Fee for Service:*
   a. Andrew Bradian
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.***

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**

[signature] 8-14-2026
(Andrew Bradian)

*emkat.302605*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421 *FAX No:*<br>*Ref. No or File No.:*<br>*Attorney for:* Plaintiff(s) | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | |
| *Plaintiff(s):* Sheri Ann Cook<br>*Defendant:* Fellows Hymowitz Rice PLLC, et. al. | |

| **AFFIDAVIT OF SERVICE By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV6063NSRAEK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case Designation; Notice of Case Assignment to District Judge; Notice of Case Assignment to Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Thu., Aug. 13, 2026
   b. Place of Mailing: Roseville CA, 95661
   c. Addressed as follows: Robert Fellows
   254 S Main St #502
   New City, NY 10956

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Aug. 13, 2026 in the ordinary course of business.

*5. Person Serving* *Fee for Service:*
   a. Janis Dingman
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

***8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the lawsof the United States Of America that the foregoing is true and correct.***

**AFFIDAVIT OF SERVICE By Mail** Janis Dingman
**(Janis Dingman)**

*emkat.302605*

| *Attorney or Party without Attorney:* Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421 | | | | *For Court Use Only* |
|---|---|---|---|---|
| *Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | | | |
| *Insert name of Court, and Judicial District and Branch Court:* United States District Court - Southern District Of New York | | | | |
| *Plaintiff(s):* Sheri Ann Cook<br>*Defendant:* Fellows Hymowitz Rice PLLC, et. al. | | | | |
| **AFFIDAVIT OF SERVICE Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV6063NSRAEK |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case Designation; Notice of Case Assignment to District Judge; Notice of Case Assignment to Magistrate Judge

3. a. *Party served:* Steven Hymowitz

4. *Address where the party was served:* 254 S Main St #502
New City, NY 10956

5. *I served the party:*
b. **by substituted service.** On: Thu., Aug. 06, 2026 at: 11:31AM by leaving the copies with or in the presence of:
Jane Doe Receptionist, Caucasian, Female, 40-50 Years Old, Brown Hair, 5 Feet 6 Inches, 130-160 Pounds
(1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
(4) A declaration of mailing is attached.

7. ***Person Who Served Papers:*** *Fee for Service:*
a. Andrew Bradian
**b. Class Action Research & Litigation**
P O Box 740
Penryn, CA 95663
c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.***

8-14-2026

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**

**(Andrew Bradian)**

*emkat.302606*

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421 *FAX No:*<br>*Attorney for:* Plaintiff(s) | | *Ref. No or File No.:* | | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | | | | |
| *Plaintiff(s):* Sheri Ann Cook<br>*Defendant:* Fellows Hymowitz Rice PLLC, et. al. | | | | |
| **AFFIDAVIT OF SERVICE By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV6063NSRAEK |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case Designation; Notice of Case Assignment to District Judge; Notice of Case Assignment to Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Thu., Aug. 13, 2026
   b. Place of Mailing: Roseville CA, 95661
   c. Addressed as follows: Steven Hymowitz
      254 S Main St #502
      New City, NY 10956

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Aug. 13, 2026 in the ordinary course of business.

*5. Person Serving* *Fee for Service:*
   a. Janis Dingman
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

***8. I declare under penalty of perjury under the laws of the State of NEW YORK and under the lawsof the United States Of America that the foregoing is true and correct.***

Janis Dingman
**AFFIDAVIT OF SERVICE By Mail** **(Janis Dingman)** *emkat.302606*

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421<br>*Attorney for:* Plaintiff(s) — *Ref. No. or File No.:* | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | |
| *Plaintiff(s):* Sheri Ann Cook<br>*Defendant:* Fellows Hymowitz Rice PLLC, et. al. | |

| **AFFIDAVIT OF SERVICE Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV6063NSRAEK |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case Designation; Notice of Case Assignment to District Judge; Notice of Case Assignment to Magistrate Judge

3. *a. Party served:* Matthew Rice

4. *Address where the party was served:* 254 S Main St #502
New City, NY 10956

5. *I served the party:*
b. **by substituted service.** On: Thu., Aug. 06, 2026 at: 11:31AM by leaving the copies with or in the presence of:
Jane Doe Receptionist, Caucasian, Female, 40-50 Years Old, Brown Hair, 5 Feet 6 Inches, 130-160 Pounds
(1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
(4) A declaration of mailing is attached.

7. ***Person Who Served Papers:*** *Fee for Service:*
a. Andrew Bradian
**b. Class Action Research & Litigation**
P O Box 740
Penryn, CA 95663
c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of NEW YORK and under the laws of the United States Of America that the foregoing is true and correct.***

8-14-2026
(Andrew Bradian)

**AFFIDAVIT OF SERVICE Summons/Complaint** emkat.302607

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Emanuel Kataev, Esq.<br>Sage Legal LLC<br>18211 Jamaica Avenue<br>Jamaica, NY 11423<br>*Telephone No:* 718-412-2421 *FAX No:*<br>*Ref. No or File No.:*<br>*Attorney for:* Plaintiff(s) | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Southern District Of New York | |
| *Plaintiff(s):* Sheri Ann Cook<br>*Defendant:* Fellows Hymowitz Rice PLLC, et. al. | |

| **AFFIDAVIT OF SERVICE By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26CV6063NSRAEK |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Notice of case Designation; Notice of Case Assignment to District Judge; Notice of Case Assignment to Magistrate Judge

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing: Thu., Aug. 13, 2026
   b. Place of Mailing: Roseville CA, 95661
   c. Addressed as follows: Matthew Rice
   254 S Main St #502
   New City, NY 10956

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Aug. 13, 2026 in the ordinary course of business.

5. *Person Serving* *Fee for Service:*
   a. Janis Dingman
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of NEW YORK and under the lawsof the United States Of America that the foregoing is true and correct.***

Janis Dingman
**AFFIDAVIT OF SERVICE By Mail** **(Janis Dingman)** *emkat.302607*