UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X Index No.: 7:26-cv-6063

SHERI ANN COOK, on behalf of herself and other similarly situated,

Plaintiff,

-against-

**NOTICE OF APPEARANCE**

FELLOWS HYMOWITZ RICE PLLC, ROBERT FELLOWS, STEVEN HYMOWITZ and MATTHEW RICE,

Defendants.

-------------------------------------------------------------------X

**To:** The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendants, Fellows Hymowitz Rice PLLC, Robert Fellows, individually, Steven Hymowitz, individually, and Matthew Rice, individually.

Dated: Garden City, New York
September 2, 2026

/s/ *Michael S. Mosscrop*
Michael S. Mosscrop, Esq.
**FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.**
*Attorneys for Defendants*
585 Stewart Avenue, Suite 440
Garden City, New York 11530
(516) 228-3131
(516) 228-3136 Fax
mmosscrop@franklingringer.com

To: Emanuel Kataev, Esq.
**SAGE LEGAL LLC**
*Attorneys for Plaintiff*
18211 Jamaica Avenue
Jamaica, New York 11423-2327
(718) 412-2421
emanuel@sagelegal.nyc