UNITED STATES OF DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
SHERI ANN COOK, on behalf of herself and others similarly situated,

Plaintiff,

-v-

FELLOWS HYMOWITZ RICE PLLC, ROBERT FELLOWS, STEVEN HYMOWITZ and MATTHEW RICE,

Defendants.
---------------------------------------------------------------------X

Index No. 7:26-cv-06063

**7.1 STATEMENT**

I, Michael S. Mosscrop, partner at the law firm of Franklin, Gringer, Cohen & Mosscrop, P.C., counsel for Defendants Fellows Hymowitz Rice PLLC, Robert Fellows individually, Steven Hymowitz, individually, and Matthew Rice individually, having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1.:

1. Fellows Hymowitz Rice PLLC is a privately owned company and there are no parent corporations or publicly held corporations that own more than 10% of their stock.

Dated: Garden City, New York
September 2, 2026

/s/ *Michael S. Mosscrop*
______________________________

Michael S. Mosscrop, Esq.
**FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.**
*Attorneys for Defendants*
585 Stewart Avenue, Suite 440
Garden City, New York 11530
(516) 228-3131
mmosscrop@franklingringer.com

To: Emanuel Kataev, Esq.
**SAGE LEGAL LLC**
*Attorneys for Plaintiff*
18211 Jamaica Avenue
Jamaica, New York 11423-2327
(718) 412-2421
emanuel@sagelegal.nyc