UNITED STATES OF DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

SHERI ANN COOK, on behalf of herself and others similarly situated,

Plaintiff,

-v-

FELLOWS HYMOWITZ RICE PLLC, ROBERT FELLOWS, STEVEN HYMOWITZ and MATTHEW RICE,

Defendants.

----------------------------------------------------------------------X

Index No. 7:26-cv-06063

**ANSWER**

Defendants, Fellows Hymowitz Rice PLLC, Robert Fellows, individually, Steven Hymowitz, individually, and Matthew Rice, individually, by their attorneys **FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.**, as and for their answer to Plaintiff's Complaint (the "Complaint"), allege as follows:

**INTRODUCTION**

1. The first Paragraph of the Complaint sets forth that Plaintiff is bringing claims pursuant to the Fair Labor Standards Act (FLSA) and the New York Labor Law (NYLL) as such contains no allegations of fact; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

2. Defendants deny the allegations contained in Paragraph 2 of the Complaint.

3. The third Paragraph of the Complaint sets forth that Plaintiff is bringing claims pursuant to the Fair Labor Standards Act (FLSA) and the New York Labor Law (NYLL) as such contains no allegations of fact; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

**JURISDICTION AND VENUE**

4. The fourth Paragraph of the Complaint sets forth jurisdictional invocations that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

5. The fifth Paragraph of the Complaint sets forth jurisdictional invocations that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

6. The sixth Paragraph of the Complaint sets forth venue invocations that Defendants are not obligated to answer; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

7. Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8. Defendants admit the allegations contained in Paragraph 8 of the Complaint.

9. Defendants deny the allegations contained in Paragraph 9 of the Complaint.

10. Defendants deny the allegations contained in Paragraph 10 of the Complaint.

**PARTIES**

11. Defendants deny knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 11 (mislabeled 9) of the Complaint.

12. Defendants deny the allegations contained in Paragraph 12 of the Complaint.

13. Defendants deny the allegations contained in Paragraph 13 of the Complaint.

14. Defendants admit the allegations contained in Paragraph 14 of the Complaint.

15. Defendants admit the allegations contained in Paragraph 15 of the Complaint.

16. Defendants admit the allegations contained in Paragraph 16 of the Complaint.

17. Defendants deny in the form alleged each and every allegation alleged in Paragraph 17 of the Complaint.

18. Defendants deny the allegations contained in Paragraph 18 of the Complaint.

19. Defendants deny the allegations contained in Paragraph 19 of the Complaint.

20. Defendants deny in the form alleged each and every allegation alleged in Paragraph 20 of the Complaint.

21. Defendants deny the allegations contained in Paragraph 21 of the Complaint.

22. Defendants deny the allegations contained in Paragraph 22 of the Complaint.

23. Defendants deny the allegations contained in Paragraph 23 of the Complaint.

24. Defendants deny the allegations contained in Paragraph 24 of the Complaint.

25. Defendants deny the allegations contained in Paragraph 25 of the Complaint.

26. Defendants deny the allegations contained in Paragraph 26 of the Complaint.

27. Defendants deny the allegations contained in Paragraph 27 of the Complaint.

## STATEMENT OF FACTS

28. Defendants deny the allegations contained in Paragraph 28 of the Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30. Defendants deny the allegations contained in Paragraph 30 of the Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of the Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of the Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of the Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of the Complaint.

35. Defendants deny the allegations contained in Paragraph 35 of the Complaint.

36. Defendants deny the allegations contained in Paragraph 36 of the Complaint.

37. Defendants deny the allegations contained in Paragraph 37 of the Complaint.

38. Defendants deny the allegations contained in Paragraph 38 of the Complaint.

39. Defendants deny the allegations contained in Paragraph 39 of the Complaint.

40. Defendants deny the allegations contained in Paragraph 40 of the Complaint.

41. Defendants deny the allegations contained in Paragraph 41 of the Complaint.

42. Defendants deny the allegations contained in Paragraph 42 of the Complaint.

43. Defendants deny the allegations contained in Paragraph 43 of the Complaint.

44. Defendants deny the allegations contained in Paragraph 44 of the Complaint.

45. Defendants deny the allegations contained in Paragraph 45 of the Complaint.

46. Defendants deny the allegations contained in Paragraph 46 of the Complaint.

47. Defendants deny the allegations contained in Paragraph 47 of the Complaint.

48. Defendants deny the allegations contained in Paragraph 48 of the Complaint.

49. Defendants deny the allegations contained in Paragraph 49 of the Complaint.

50. Defendants deny the allegations contained in Paragraph 50 of the Complaint.

51. Defendants deny the allegations contained in Paragraph 51 of the Complaint.

52. Defendants deny the allegations contained in Paragraph 52 of the Complaint.

53. Defendants deny the allegations contained in Paragraph 53 of the Complaint.

54. Defendants deny the allegations contained in Paragraph 54 of the Complaint.

55. Defendants deny the allegations contained in Paragraph 55 of the Complaint.

56. Defendants deny the allegations contained in Paragraph 56 of the Complaint.

57. Defendants deny the allegations contained in Paragraph 57 of the Complaint.

58. Defendants deny the allegations contained in Paragraph 58 of the Complaint.

59. Defendants deny the allegations contained in Paragraph 59 of the Complaint.

60. Defendants deny the allegations contained in Paragraph 60 of the Complaint.

61. Defendants deny the allegations contained in Paragraph 61 of the Complaint.

62. Defendants deny the allegations contained in Paragraph 62 of the Complaint.

63. Defendants deny the allegations contained in Paragraph 63 of the Complaint.

64. Defendants deny the allegations contained in Paragraph 64 of the Complaint.

## FLSA COLLECTIVE ACTION ALLEGATIONS

65. Defendants deny the allegations contained in Paragraph 65 of the Complaint.

66. Defendants deny the allegations contained in Paragraph 66 of the Complaint.

67. Defendants deny the allegations contained in Paragraph 67 of the Complaint.

68. Defendants deny the allegations contained in Paragraph 68 of the Complaint.

69. Defendants deny the allegations contained in Paragraph 69 of the Complaint.

70. Defendants deny the allegations contained in Paragraph 70 of the Complaint.

71. Defendants deny the allegations contained in Paragraph 71 of the Complaint.

72. Defendants deny the allegations contained in Paragraph 72 of the Complaint.

## CLASS ACTION ALLEGATIONS

73. Defendants deny the allegations contained in Paragraph 73 of the Complaint.

### A. Class Definition

74. The seventy-fourth paragraph of the Complaint sets forth that Plaintiff is seeking a class pursuant to the NYLL and as such contains no allegations of fact.

75. The seventy-fifth paragraph of the Complaint sets forth that Plaintiff is seeking a class pursuant to the NYLL and as such contains no allegations of fact.

76. The seventy-sixth paragraph of the Complaint sets forth that Plaintiff is seeking a class pursuant to the NYLL and as such contains no allegations of fact.

77. Defendants deny the allegations contained in Paragraph 77 of the Complaint.

78. Defendants deny the allegations contained in Paragraph 78 of the Complaint.

79. Defendants deny the allegations contained in Paragraph 79 of the Complaint.

**B. Numerosity and Impracticability of Joinder**

80. Defendants deny the allegations contained within the eightieth paragraph of the Complaint respectfully leaving legal conclusions to the Court.

81. Defendants deny the allegations contained in Paragraph 81 of the Complaint.

82. The eighty-second paragraph of the Complaint sets forth that Plaintiff is seeking a class pursuant to the NYLL and as such contains no allegations of fact; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

83. The eighty-third paragraph of the Complaint sets forth that Plaintiff is seeking a class pursuant to the NYLL and as such contains no allegations of fact; to the extent it may be read as setting forth any allegations of fact, Defendants deny those allegations.

**C. Common Question of Law and Fact**

84. Defendants deny the allegations contained in Paragraph 84 of the Complaint.

85. Defendants deny the allegations contained in Paragraph 85 of the Complaint.

86. Defendants deny the allegations contained in Paragraph 86 of the Complaint.

87. Defendants deny the allegations contained in Paragraph 87 of the Complaint.

**D. Typicality of Claims and Relief Sought**

88. Defendants deny the allegations contained in Paragraph 88 of the Complaint.

89. Defendants deny the allegations contained in Paragraph 89 of the Complaint.

90. Defendants deny the allegations contained in Paragraph 90 of the Complaint.

91. Defendants deny the allegations contained in Paragraph 91 of the Complaint.

**E. Adequacy of Representation**

92. Defendants deny the allegations contained in Paragraph 92 of the Complaint.

93. Defendants deny the allegations contained in Paragraph 93 of the Complaint.

94. Defendants deny the allegations contained in Paragraph 94 of the Complaint.

95. Defendants deny the allegations contained in Paragraph 95 of the Complaint.

96. Defendants deny the allegations contained in Paragraph 96 of the Complaint.

**F. Requirements of Rule 23(b)(1)**

97. Defendants deny the allegations contained in Paragraph 97 of the Complaint.

98. Defendants deny the allegations contained in Paragraph 98 of the Complaint.

99. Defendants deny the allegations contained in Paragraph 99 of the Complaint.

100. Defendants deny the allegations contained in Paragraph 100 of the Complaint.

**G. Requirements of Rule 23(b)(2)**

101. Defendants deny the allegations contained in Paragraph 101 of the Complaint.

102. Defendants deny the allegations contained in Paragraph 102 of the Complaint.

103. Defendants deny the allegations contained in Paragraph 103 of the Complaint.

104. Defendants deny the allegations contained in Paragraph 104 of the Complaint.

105. Defendants deny the allegations contained in Paragraph 105 of the Complaint.

**H. Requirements of Rule 23(b)(3)**

106. Defendants deny the allegations contained in Paragraph 106 of the Complaint.

107. Defendants deny the allegations contained in Paragraph 107 of the Complaint.

108. Defendants deny the allegations contained in Paragraph 108 of the Complaint.

109. Defendants deny the allegations contained in Paragraph 109 of the Complaint.

## CAUSES OF ACTION

### COUNT ONE
### VIOLATION OF THE FLSA: UNPAID WAGES
### (on behalf of the Plaintiff an the Collective Action Members)

110. As to Paragraph 110 of the Complaint Defendants repeat and realleged its answers to each and every allegation contained in Paragraphs 1 to 109 of the Complaint as if fully set forth herein.

111. Defendants deny the allegations contained in Paragraph 111 of the Complaint.

112. Defendants deny the allegations contained in Paragraph 112 of the Complaint.

113. Defendants deny the allegations contained in Paragraph 113 of the Complaint.

114. Defendants deny the allegations contained in Paragraph 114 of the Complaint.

115. Defendants deny the allegations contained in Paragraph 115 of the Complaint.

116. Defendants deny the allegations contained in Paragraph 116 of the Complaint.

### COUNT TWO
### VIOLATION OF THE FLSA: FAILURE TO PAY OVERTIME
### (on behalf of the Plaintiff and the Collective Action Members)

117. As to Paragraph 117 of the Complaint Defendants repeat and realleged its answers to each and every allegation contained in Paragraphs 1 to 116 of the Complaint as if fully set forth herein.

118. Defendants deny the allegations contained in Paragraph 118 of the Complaint.

119. Defendants deny the allegations contained in Paragraph 119 of the Complaint.

120. Defendants deny the allegations contained in Paragraph 120 of the Complaint.

121. Defendants deny the allegations contained in Paragraph 121 of the Complaint.

122. Defendants deny the allegations contained in Paragraph 122 of the Complaint.

123. Defendants deny the allegations contained in Paragraph 123 of the Complaint.

124. Defendants deny the allegations contained in Paragraph 124 of the Complaint.

**COUNT THREE**
**VIOLATION OF THE FLSA: FAILURE TO PAY ALL WAGES OWED**
**(on behalf of the Plaintiff and the Collective Action Members)**

125. As to Paragraph 125 of the Complaint Defendants repeat and reallege its answers to each and every allegation contained in Paragraphs 1 to 124 of the Complaint as if fully set forth herein.

126. Defendants deny the allegations contained in Paragraph 126 of the Complaint.

127. Defendants deny the allegations contained in Paragraph 127 of the Complaint.

128. Defendants deny the allegations contained in Paragraph 128 of the Complaint.

129. Defendants deny the allegations contained in Paragraph 129 of the Complaint.

130. Defendants deny the allegations contained in Paragraph 130 of the Complaint.

131. Defendants deny the allegations contained in Paragraph 131 of the Complaint.

**COUNT FOUR**
**VIOLATION OF THE NYLL: UNPAID WAGES**
**(on behalf of the Plaintiff and the Class Action Members)**

132. As to Paragraph 132 of the Complaint Defendants repeat and reallege its answers to each and every allegation contained in Paragraphs 1 to 131 of the Complaint as if fully set forth herein.

133. Defendants deny the allegations contained in Paragraph 133 of the Complaint.

134. Defendants deny the allegations contained in Paragraph 134 of the Complaint.

135. Defendants deny the allegations contained in Paragraph 135 of the Complaint.

**COUNT FIVE**
**VIOLATION OF THE NYLL: FAILURE TO PAY OVERTIME**
**(on behalf of the Plaintiff and the Class Action Members)**

136. As to Paragraph 136 of the Complaint Defendants repeat and reallege its answers to each and every allegation contained in Paragraphs 1 to 135 of the Complaint as if fully set forth herein.

137. Defendants deny the allegations contained in Paragraph 137 of the Complaint.

138. Defendants deny the allegations contained in Paragraph 138 of the Complaint.

139. Defendants deny the allegations contained in Paragraph 139 of the Complaint.

**COUNT SIX**
**VIOLATION OF THE NYLL AND THE WTPA: VIOLATION OF THE NOTICE AND RECORD KEEPING REQUIREMENTS**
**(on behalf of the Plaintiff and the Class Action Members)**

140. As to Paragraph 140 of the Complaint Defendants repeat and reallege its answers to each and every allegation contained in Paragraphs 1 to 139 of the Complaint as if fully set forth herein.

141. Defendants deny the allegations contained in Paragraph 141 of the Complaint.

142. Defendants deny the allegations contained in Paragraph 142 of the Complaint.

**COUNT SEVEN**
**VIOLATION OF THE NYLL AND THE WTPA: VIOLATION OF THE WAGE STATEMENT REQUIREMENTS**
**(on behalf of the Plaintiff and the Class Action Members)**

143. As to Paragraph 143 of the Complaint Defendants repeat and reallege its answers to each and every allegation contained in Paragraphs 1 to 142 of the Complaint as if fully set forth herein.

144. Defendants deny the allegations contained in Paragraph 145 of the Complaint.

145. Defendants deny the allegations contained in Paragraph 145 of the Complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE**

146. The Court lacks personal jurisdiction over the answering Defendants, and the action should be dismissed, because the Summons and Complaint were not served in Compliance with Federal Rule of Civil Procedure 4.

**AS AND FOR A SECOND AFFIRMATIVE DEFENSE**

147. This Complaint fails to state any claims by Plaintiff against Defendants upon which relief can be granted.

**AS AND FOR A THIRD AFFIRMATIVE DEFENSE**

148. This Court lacks subject matter jurisdiction over all of Plaintiff's claims.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

149. The claims of Plaintiff and the purported class are barred, in whole or in part, by the applicable statutes of limitations and/or filing periods and/or by the doctrine of laches.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

150. Defendants did not engage in willful conduct in violation of the NYLL or the FLSA and, at all times relevant to this action, acted in good faith and based upon a reasonable belief that its acts and/or omissions were not in violation of the NYLL or FLSA. Accordingly, Plaintiff is not entitled to recover an award for liquidated damages for willful conduct.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

151. The claims of Plaintiff and the purported class are barred, in whole or in part, by equitable defenses, including the doctrines of equitable estoppel, waiver and/or unclean hands.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

152. To the extent Plaintiff is exempt from eligibility for overtime compensation pursuant to the Fair Labor Standards Act ("FLSA"), she is not entitled to compensation under the FLSA or under the New York Labor Law ("NYLL") pursuant to the NYLL and/or applicable wage orders.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

153. Plaintiff and the purported class has suffered no damages attributable to actionable conduct by Defendants, their employees, agents or representatives.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

154. Defendants made complete and timely payments of all wages due to Plaintiff. Accordingly, Plaintiff is not entitled to recover damages.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

155. Because no discovery has taken place at this state of the case, Defendants reserve the right to file and serve additional defenses as appropriate.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

156. To the extent Plaintiff and the purported class was compensated beyond her actual entitlement, such additional compensation would satisfy in whole or in part of the claims herein.

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE**

157. At all times relevant, Defendants acted reasonably and in the proper and lawful exercise of their discretion and business judgment, and without intent to violate Plaintiff's rights.

**AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE**

158. Some or all of the compensation sought by Plaintiff is not based on any compensable working time under the applicable statutes.

**AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE**

159. The alleged unpaid working time from Plaintiff is *de minimis.*

**AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE**

160. Defendants have no knowledge of, nor should they have knowledge of, any alleged uncompensated/undercompensated work by Plaintiff since Defendants did not authorize, require, request, suffer or permit such activity by Plaintiff as set forth in the Complaint.

**AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE**

161. To the extent this court determines that Defendants failed to issue a wage notice to Plaintiff, all affirmative defenses set forth in the New York Wage Theft Prevention Act including, but not limited to, (i) Defendants having made complete and timely payment of all wages due and, (ii) Defendants having reasonably believed in good faith that they were not required to provide such notice, apply.

**AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE**

162. To the extent this court determines that Defendants failed to issue proper wage statements to Plaintiff, all affirmative defenses set forth in the New York Wage Theft Prevention Act including, but not limited to, (i) Defendants having made complete and timely payment of all wages due and, (ii) Defendants having reasonably believed in good faith that they were not required to provide such statements, apply.

**AS AND FOR A EIGHTEENTH AFFIRMATIVE DEFENSE**

163. Plaintiff is not a suitable representative for the purported class action.

**AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE**

164. The members of the collective do not share similar job duties and/or overlap with regard to core factual and legal issues.

**AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE**

165. The claims do not meet the prerequisites for a class action under CPLR 901 or Rule 23 of the Federal Rules of Civil Procedure.

**AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE**

166. Proceeding as a class action is unmanageable or inferior to other methods for fair and efficient adjudication.

**AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE**

167. Individual issues of fact or law predominate over common questions to the proposed class.

**AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE**

168. Plaintiff cannot establish or satisfy the requirements necessary to proceed collectively under 29 U.S.C. § 216(b) because, *inter alia*, Plaintiff is not similarly situated to the putative collective.

**WHEREFORE,** Defendants demand judgment dismissing the Complaint in its entirety.

Dated: Garden City, New York
September 2, 2026

*Michael S. Mosscrop*

______________________________

Michael S. Mosscrop, Esq.
**FRANKLIN, GRINGER, COHEN & MOSSCROP, P.C.**
*Attorneys for Defendants*
585 Stewart Avenue, Suite 440
Garden City, New York 11530
(516) 228-3131
mmosscrop@franklingringer.com

To: Emanuel Kataev, Esq.
**SAGE LEGAL LLC**
*Attorneys for Plaintiff*
18211 Jamaica Avenue
Jamaica, New York 11423-2327
(718) 412-2421
emanuel@sagelegal.nyc