UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Sheri Ann Cook**

Plaintiff,

-against-

**Fellows Hymowitz Rice PLLC, et al.**

Defendant.

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

7:26-cv-6063(NSR)(AEK)

The above-entitle action is referred to the Honorable Andrew E. Krause, United States Magistrate Judge, for the following purpose(s):

__x__ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e. a motion Requiring a Report & Recommendation

____ SPECIFIC NON-DISPOSITIVE MOTION/ DISPUTE (including discovery dispute)*

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT/ DAMAGES HEARING

____ SOCIAL SECURITY

____ SETTLEMENT

Dated: September 25, 2026
White Plains, New York

SO ORDERED:

Nelson S. Román, U.S.D.J.