UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

SHERI ANN COOK,
*on behalf of herself and others similarly situated,*

Plaintiff,

-against-

FELLOWS HYMOWITZ RICE PLLC, *et al.*,

Defendants.
-----------------------------------------------------------x

**SCHEDULING ORDER**

26 Civ. 6063 (NSR) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

This matter has been referred to Magistrate Judge Andrew E. Krause for general pretrial supervision. ECF No. 19. A telephonic status conference before Magistrate Judge Krause is hereby scheduled for **Thursday, December 3, 2026, at 12:00 p.m.**

To access the teleconference, please follow these directions: (1) dial the meeting number: (855) 244-8681; (2) enter the conference ID: 23125035451; and (3) press pound (##) to enter the teleconference as a guest. Should counsel experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

Dated: September 29, 2026
White Plains, New York

**SO ORDERED.**

[signature]

ANDREW E. KRAUSE
United States Magistrate Judge